92 P.3d 491

# SUPREME COURT OF HAWAI'I

**June 21, 2004**

| 23839 | Abordo v. Beaver | Dismissed |

**July 6, 2004**

| 24287 | State v. Barnett | Affirmed |